## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI,

| | |
|---|---|
| LEA BENINCASA, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORUM HOME HEALTH AGENCY, LLC, )<br>)<br>Defendants. ) | Cause No. 4:19CV2266(SEP) |

## ORDER

The Court having been advised by Counsel for all parties that the above action has been settled:

**IT IS HEREBY ORDERED** that all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file within sixty (60) days from the date of this Order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.  Failure to timely comply with this Order shall result in the dismissal of this action with prejudice.

Dated this 20th day of August, 2020

*Sarah E. Pitlyk*
UNITED STATES DISTRICT JUDGE