## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LEA BENINCASA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 4:19-cv-02266 |
| v. ) | |
| ) | |
| FORUM HOME HEALTH AGENCY, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Rule 41(a)(1)(A)(ii), Plaintiff Lea Benincasa and Defendant Forum Home Health Agency, stipulate to the dismissal of this action with prejudice, each Party to bear its own costs and attorneys' fees.

Respectfully submitted this 2nd day of September 2020.

By:  /s/ Michelle K. Faron
J. Clayton Schaeffer #67444MO
Michelle K. Faron, #68058MO
Attorney for Plaintiff
12166 Old Big Bend Rd., Suite 99
Kirkwood, MO 63122
(636) 532-1400 Office
(888) 823-1441 Facsimile
clay@mcmichael-logan.com
michelle@mcmichael-logan.com
*Attorney for Plaintiff*

/s/  Theresa A. Phelps (with consent)
Theresa A. Phelps #55023MO
ROSENBLUM AND GOLDENHERSH, P.C.
7733 Forsyth
Fourth Floor
St. Louis, MO 63105-1812
314-726-6868
Fax: 314-726-6786
Email: tphelps@rgsz.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 2nd, 2020, a copy of the above and foregoing was served via operation of the court's CM/ECF system on all counsel of record.

                                            */s/ Michelle K. Faron*
                                            Attorney for Plaintiff